**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| In re: | ) CHAPTER 13 PROCEEDINGS |
|---|---|
| WILBUR D. HARRIS | ) Case No.: 08-08904-TUC-JMM |
|  | ) **Application for Payment of Unclaimed** |
|  | ) **Funds to the U.S. Bankruptcy Court** |
| Debtor | ) |

   Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 200024 | 10/29/2009 | WILBUR HARRIS<br>2114 W. GRANT RD #89<br>TUCSON, AZ 85745-4141 | $301.11 |
|  |  | **Total** | **$301.11** |

   The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $301.11 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 07/28/2010

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee